FILED
2021 Feb-11 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JUSTIN ARMBRESTER, an individual;** <br> **CANDAS BAKER, an individual;** <br><br>    **INTERPLEADER** <br>    **PLAINTIFFS/PETITIONERS,** <br><br> v. <br><br> **CITY OF LINCOLN, ALABAMA,** <br> **d/b/a LINCOLN FIRE & RESCUE;** <br> **BBH CBMC, LLC, d/b/a CITIZENS** <br> **BAPTIST MEDICAL CENTER;** <br> **ISLAND MEDICAL TROY ALABAMA,** <br> **LLC; BIRMINGHAM RADIOLOGICAL** <br> **GROUP, P.C.; TRIMED BILLING** <br> **SOLUTIONS, LLC; ALABAMA** <br> **MEDICAID AGENCY; UNITED** <br> **STATES OF AMERICA, Department** <br> **of Health and Human Services; UNITED** <br> **HEALTHCARE SERVICES, INC.,** <br><br>    **INTERPLEADER DEFENDANTS.** | **Case No.:** <br><br> **1:21-cv-00203-CLM** |

## PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INTERPLEADER AND PETITION FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiffs/Petitioners, Justin Armbrester and Candas Baker, and file the following Amended Complaint for Interpleader and Petition for Declaratory Judgement as follows:

1. Plaintiff/Petitioner, Justin Armbrester (hereinafter "Armbrester"), is over

1

the age of nineteen (19) and resides in the State of Alabama. This case emanates from the motor vehicle collision that occurred on January 18, 2019 in Talladega County, Alabama.

2.      Plaintiff/Petitioner, Candas Baker (hereinafter "Baker") is over the age of nineteen (19) and resides in the State of Alabama. This case emanates from the motor vehicle collision that occurred on January 18, 2019 in Talladega County, Alabama.

3.      Defendant, City of Lincoln, Alabama d/b/a Lincoln Fire & Rescue (hereinafter "Lincoln Fire & Rescue"), is a municipality organized under the laws of Alabama, and provides medical services in Talladega, Alabama.

4.      Defendant, BBH CBMC, LLC d/b/a Citizens Baptist Medical Center (hereinafter "Citizens Baptist"), is a foreign limited liability company organized under the laws of Texas, and provides medical services in Talladega, Alabama.

5.      Defendant, Island Medical Troy Alabama, LLC (hereinafter "Island Medical"), is a domestic limited liability company organized under the laws of Alabama, and provides medical services in Talladega, Alabama.

6.      Defendant, Birmingham Radiological Group, is a domestic professional corporation organized under the laws of Alabama, and provides medical services in Talladega, Alabama.

7.      Defendant, TriMed Billing Solutions, LLC (hereinafter "TriMed"), is a foreign limited liability company organized under the laws of Nevada, and provides medical services in Talladega, Alabama.

8.      Defendant, Alabama Medicaid Agency (hereinafter "Medicaid"), is an agency of the State of Alabama and provides medical insurance in Talladega, Alabama.

9.      Defendant, Department of Health and Human Services (hereinafter

"Medicare"), is an agency of the United States of America and provides medical insurance in Talladega, Alabama.

10. Defendant, United HealthCare Services, Inc. (hereinafter "UHC"), is a foreign corporation organized under the laws of Minnesota and provides medical insurance in Talladega, Alabama.

11. The medical providers that have filed a lien and/or assert open account against Petitioner Armbrester for medical treatment and currently seeking payment:

| | |
|---|---|
| Lincoln Fire & Rescue: | $    578.20 |
| Citizens Baptist: | $12,427.25 |
| Island Medical: | $    916.00 |
| Birmingham Radiological Group: | $    484.00 |
| TriMed: | $ 5,462.86 |
| UHC: | $ Pending |

12. The details of the accident in regards to Plaintiff/Petitioner Armbrester are as follows:

    a. Armbrester was a passenger in a vehicle traveling southbound on Alabama Highway 77 in Talladega County, when another driver rear-ended their vehicle.

    b. Armbrester sustained neck, back, and right-hand injuries and received medical care.

    c. Settlement funds of $8,150.00 have been tendered by the tortfeasor.

    d. The attorney's fees and expenses in this case total $3,119.48.

13. The medical providers that have filed a lien and/or assert open account against Plaintiff/Petitioner Baker for medical treatment and currently seeking

payment:

|  |  |
|---|---|
| Citizens Baptist: | $14,328.08 |
| Island Medical: | $ 1,396.00 |
| TriMed: | $15,053.28 |
| Medicare: | $ 3,111.63 |
| Medicaid: | $     12.08 |

14. The details of the accident in regards to Plaintiff/Petitioner Baker are as follows:

    a. Baker was a passenger in a vehicle traveling southbound on Alabama Highway 77 in Talladega County, when another driver rear-ended their vehicle.

    b. Baker sustained neck, back, and left ankle injuries and received medical care.

    c. Settlement funds of $8,150.00 have been tendered by the tortfeasor.

    d. The attorney's fees and expenses in this case total $3,054.27.

15. Plaintiffs/Petitioners requests this Court determine the reasonableness of the medical charges as to the Defendants. Plaintiff/Petitioners also challenge the validity of the lien(s) and request the Court issue judgment concerning same.

16. Plaintiffs/Petitioners hereby interplead the full settlement amounts for this Court's determination as to the proper distribution of the funds amongst the medical providers, lien holders, the Plaintiff/Petitioners, and the Plaintiff/Petitioners' attorney.

WHEREFORE, Plaintiffs/Petitioners respectfully request this Court determine the value of the services rendered given the amount claimed by the medical providers

and/or lien holders, determine the validity of the accounts/liens, and enter equitable distribution of the funds.

>Respectfully submitted,
>
>*/s/   Erin G. Adams*
>Erin G. Adams (ASB-6205-O94G)
>Steven M. Mezrano (ASB-5617-E36M)
>Attorneys for Plaintiffs/Petitioners
>The Mezrano Law Firm, P.C.
>1801 Oxmoor Road, Suite 100
>Homewood, Alabama 35209
>P (205) 206-6300
>F (205) 206-6301
>erin@mezrano.com
>steven@mezrano.com

**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

United HealthCare Services, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States of America
Department of Health and Human Services
c/o Clinton Richardson, Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
clinton.richardson@usdoj.gov

I hereby certify that on February 11, 2021, I electronically filed the foregoing with the Clerk of the Court and I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

City of Lincoln, Alabama d/b/a Lincoln Fire & Rescue
c/o Laura S. Carmack
150 Magnolia Street
Lincoln, Alabama 35096

BBH CBMC, LLC d/b/a Citizens Baptist Medical Center
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

Island Medical Troy Alabama, LLC
c/o Corporation Service Company Inc
641 South Lawrence Street
Montgomery, Alabama 36104

Birmingham Radiological Group, P.C.
c/o Robert S Naftel, MD
940 Montclair Road
Birmingham, Alabama 35213

TriMed Billing Solutions, LLC
c/o Robert Barber
3000 Riverchase Galleria, Suite 760
Hoover, Alabama 35244

Alabama Medicaid Agency
Attn: Zeffie Smith
501 Dexter Avenue
Montgomery, Alabama 36103

                                                */s/   Erin G. Adams*
                                                OF COUNSEL